Opinion filed August 23, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 23, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                    _________

 

                                                          No. 11-07-00208-CV 

                                                      ________

 

                                          MARY LEWIS, Appellant

 

                                                             V.

 

              BEAUMONT BONE
AND JOINT INSTITUTE, P.A., Appellee

 



 

                                          On
Appeal from the 58th District Court

 

                                                       Jefferson
 County, Texas

 

                                                Trial
Court Cause No. A-176,845

 



 

                                            M
E M O R A N D U M    O P I N I O N

Mary
Lewis sued Beaumont Bone and Joint Institute, P.A. seeking damages in excess of
$500,000 for injuries she allegedly received as a result of the Institute=s negligence with regard to its automatic
sprinkler system.  On May 4, 2007, the
trial court signed a judgment  granting
the Institute=s no evidence motion for summary judgment
and dismissing Lewis=s claims with prejudice.  Thirty-two days later, Lewis filed a notice
of appeal on June 5, 2007.








When the
clerk=s record was received in this court, the
clerk wrote the parties notifying them that it appeared an appeal had not been
timely perfected under Tex. R.App. P.
26.1 and requesting that Lewis respond on or before August 15, 2007,
showing grounds for continuing the appeal and proof of timely mailing if
applicable.  The Institute has responded
by filing a motion to dismiss.  Lewis has
not responded to either the motion or to our letter.

The
motion is granted, and the appeal is dismissed.

 

PER
CURIAM

 

August 23, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.